# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARLES LEE WESTON,<br>[DOB: 02/21/1985]<br><br>                    Defendant. | Case No. <u>22-00040-01-CR-W-DGK</u><br><br>***Illegal Possession of a Machinegun***<br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>Plus a $100 Special Assessment for each Count |

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

***Illegal Possession of a Machinegun***

On or about August 4, 2021, in the Western District of Missouri, the defendant, CHARLES LEE WESTON, did knowingly possess a machinegun, to wit: a Trigger Control Group Travel Reducer (TCGTR) machinegun conversion device, a/k/a "Swift Link" auto sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

                                                                        Teresa A. Moore
                                                                        United States Attorney

                       By    *Bradley K. Kavanaugh*

                                           Bradley K. Kavanaugh
                                           Assistant United States Attorney
                                           Violent Crime and Drug Trafficking Unit

Dated: <u>  2/23/2022  </u>